KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

**UNITED STATES BANKRUPTCY COURT**
**NEVADA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO: BKS-16-12926-ABL |
| SERGIO VALLEJO | CHAPTER 13 |
| 6125 STARPOINT ROAD | NOTICE OF UNCLAIMED FUNDS |
| NORTH LAS VEGAS, NV  89031 | |

TO:    Clerk, United States Bankruptcy Court

From:  Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim # | Claimant & Address | CAS 106000 | CAS 163300 |
|---|---|---|---|
| DEBTOR REFUND | SERGIO VALLEJO<br>6125 STARPOINT ROAD<br><br>NORTH LAS VEGAS NV  89031 | $0.00 | $1,884.72 |

Total: $1,884.72

**Kathleen A. Leavitt**

Kathleen A. Leavitt
Chapter 13 Bankrutpcy Trustee

Date: January 09, 2018

CC    SERGIO VALLEJO
      LAW OFFICE OF MICHAEL J HARKER

NOTE:  Claims that are $25.00 or less go into CAS106000.  Claims that are more than $25.00 goes into CAS 613300.  The amounts that are to be deposited into the Registry can be written on one check.